Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
E-mail: tanya@moorelawfirm.com

Attorney for Plaintiff,
Rachel Lobato

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHEL LOBATO,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>KATIE'S KITCHEN, LLC dba THREE CROWNS DRIVE-IN aka KATIE'S KITCHEN, et al.;<br><br>　　　　Defendants. | Case No. 1:15-cv-01717-DAD-SKO<br><br>**PLAINTIFF'S REQUEST FOR ADDITIONAL TIME TO FILE DISPOSITIONAL DOCUMENTS OR SET THE MATTER FOR A SCHEDULING CONFERENCE; ORDER** |

Plaintiff, Rachel Lobato ("Plaintiff") entered into a conditional settlement with all Defendants, and thereafter filed a Notice of Settlement. (Doc. 20.) The Court thereafter set the last date to file dispositional documents as today, April 28, 2016. (Doc. 21.)

　　As set forth in the Notice of Settlement, Plaintiff was awaiting completion of settlement before dismissing the action. The conditions precedent to settlement and Plaintiff's obligations under the settlement to dismiss the action have not been met by Defendants as agreed between the parties.

///

///

///

1

Plaintiff therefore respectfully requests additional time to May 13, 2016 to work with Defendants to complete settlement, or if such efforts prove unproductive, to request that the matter be re-set for a Scheduling Conference.

Date: April 28, 2016                              MOORE LAW FIRM, P.C.

                                              */s/ Tanya E. Moore*
                                              Tanya E. Moore
                                              Attorney for Plaintiff, Rachel Lobato

## **ORDER**

Plaintiff has requested addition time to file dispositional documents with the court following plaintiff's filing of a Notice of Settlement.  Good cause appearing, on or before May 13, 2016, plaintiff shall file the dispositional documents including a dismissal of the action with prejudice or file a request that the matter be set by the court either for an Order to Show Cause Hearing or a Scheduling Conference.

IT IS SO ORDERED.

Dated:   **May 1, 2016**                              _____
                                                       UNITED STATES DISTRICT JUDGE